# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHWEST AIR CONDITIONING, INC., <br><br> Defendant. | Case No. 2:11-cv-01995-KJD-PAL <br><br> **ORDER** |

This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed December 14, 2011. The Answer (Dkt. #6) was filed February 21, 2012. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** Defendant shall file its Certificate as to Interested Parties, which fully

///

///

///

1 | complies with LR 7.1-1 **no later than 4:00 p.m., March 21, 2012.** Failure to comply may result in the
2 | issuance of an order to show cause why sanctions should not be imposed.
3 |     Dated this 7th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge