# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIR CONDITIONING, INC. ,<br><br>        Defendant. | Case No. 2:11-CV-01995-KJD-PAL<br><br>**ORDER** |

Before the Court is the Motion for Summary Judgment (#12) filed by Plaintiffs Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively "Trust Funds").

Plaintiffs filed the Motion on September 19, 2012. Defendant was required to file an opposition on or before October 13, 2012. Defendant failed to file any opposition to the Motion. Pursuant to Local Rule 7-2, failure to file points and authorities in opposition to a motion constitutes consent to the granting of that motion. Good cause appears to support the Trust Funds' Motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs submit a proposed judgment on or before December 3, 2012.

DATED this 14th day of November 2012.

_____
Kent J. Dawson
United States District Judge